IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-123-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODERICK LAMONT FORD, | ) | |
| | ) | |
| Defendant. | ) | |

Roderick Lamont Ford moved for early termination of his supervised release [D.E. 2]. On November 23, 2021, the United States Probation Office responded in opposition [D.E. 3].

Given defendant's criminal history and serious offense of conviction, Ford's motion for early termination [D.E. 2] is DENIED.

SO ORDERED. This 29 day of November, 2021.

                                            JAMES C. DEVER III
                                            United States District Judge